No. 68285.—Hershey & Co. and Hershey Co. v. United States, protests 61/4045 and 61/8051 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 68286.—Zenith Novelty Co. v. United States, protest 62/10852 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 68287.—Charles C. Merzbach Co., Inc., et al. v. United States, protests 58/991, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the items marked "A," stipulated to consist of certain hobbyists scale models of buildings, tanks, etc., were held dutiable at 17½ percent under the provision in paragraph 1413, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52462), for manufactures of paper or under said paragraph, as modified, *supra*, by similitude under paragraph 1559, as amended. The items marked "B," stipulated to consist of certain hobbyists scale models of catenaries and parts thereof, etc., were held dutiable at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal, as claimed.